FILED

NOV 29 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL MURILLO,<br><br>Defendant. | Case No. 22CR1996-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Good cause having been shown, the United States' Motion to Dismiss the Information without Prejudice is **GRANTED**. The Court dismisses the Information without prejudice.

DATED: 11-29-22

_____
ANTHONY J. BATTAGLIA
United States District Judge